IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUBRIE SPINKA,

Plaintiff,

v.

E.H., a minor, STEPHEN HAUSER,
TARA HAUSER, JESSICA DRAKE,
BENJAMIN HOWES, FREEBURG
COMMUNITY HIGH SCHOOL DISTRICT
NO. 77, O'FALLON TOWNSHIP HIGH
SCHOOL DISTRICT NO. 203,

Defendants.          Case No. 14-cv-583-DRH-PMF

## ORDER

**HERNDON, District Judge:**

Now before the Court is defendant O'Fallon Township High School District No. 203's (hereinafter "District 203") motion to dismiss for lack of jurisdiction plaintiff's second amended complaint with prejudice (Doc. 77). Thereafter, plaintiff filed a motion to voluntary dismiss District 203 without prejudice (Doc. 81)[1]. No responses were filed to either motion.

In a previous order, this Court granted plaintiff leave to file a second amended complaint as to specific claims that were dismissed, which included the sole claim brought against District 203 (Doc. 74). The order further noted that

---

[1] "The federal rules do not have a respondent-in-discovery mechanism". *Lee v. Burlington N. Santa Fe R. Co.*, 2008 WL 4874052, at *2 (N.D. Ill. 2008). See also *Montclair-Bohl v. Janssen Pharmaceutica, Inc.*, No., 2006 WL 2700013, **2-4 (N.D. Ill. 2006); *Sargent v. Cottrell, Inc.*, 2007 WL 4115811, **2-3 (S.D. Ill. 2007).Therefore, plaintiff's conversion of District 203 to respondent-in-discovery is not recognized by this Court.

"failure to file an amended complaint will result in of dismissal of Counts IX, X, XI, XII, and XVI of this action with prejudice and without further notice"(Doc. 74). Plaintiff failed to timely file an amended complaint against District 203. Therefore, based on plaintiff's failure to amend the sole claim against District 203, the dismissal of District 203 is converted to a dismissal with prejudice.

As a result, the Court **GRANTS** Defendant O'Fallon Township High School District No. 203's motion (Doc. 77) and **DISMISSES WITH PREJUDICE** O'Fallon Township High School District No. 203. The Clerk of Court is **DIRECTED** to enter judgment reflecting the same at the close of the case. Furthermore, plaintiff's motion to voluntarily dismiss District 203 is **DENIED as moot** (Doc. 81).

**IT IS SO ORDERED.**

Signed this 16th day of June, 2015.

Digitally signed by David R. Herndon
Date: 2015.06.16 12:33:49 -05'00'

**United States District Judge**